WILLIAM RAND, Respondent, *v.* CITY OF NEW YORK,
Appellant.

*Attorney-General — New York city — liability of city for services of
Special Deputy Attorney-General designated to conduct investigations
before grand jury in New York county.*

*Rand v. City of New York,* 212 App. Div. 870, affirmed.
(Argued October 13, 1925; decided October 27, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 13, 1925, affirming a judgment in favor
of plaintiff entered upon a verdict. The action was to
recover for legal services as Special Deputy Attorney-
General designated by the Attorney-General to act under
several requisitions of the Governor superseding the dis-
trict attorney in the conduct of certain investigations
before a grand jury in the county of New York pursuant
to section 62 of the Executive Law which provides that
compensation of Deputies Attorney-General so employed
shall be a county charge.

*George P. Nicholson, Corporation Counsel* (*Charles Horo-
witz* of counsel), for appellant.
*Clarence J. Shearn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF NEW YORK, Appellant, *v.* JAMES NICKAS,
Respondent.

*New York city — bid for privilege of maintaining stand on Brooklyn
Bridge — action by city to recover for refusal to enter into contract —
authority of city officials to execute contract.*

*City of New York v. Nickas,* 212 App. Div. 810, affirmed.
(Submitted October 13, 1925; decided October 27, 1925.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered January 26, 1925, unanimously